JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA K., <br>              Plaintiff, <br>      v. <br> KILOLO KIJAKAZI, Acting Commissioner of Social Security, <br>              Defendant. | NO. CV 21-3325-KS <br><br> JUDGMENT |

Pursuant to the Court's Memorandum Opinion and Order, IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is affirmed and the above-captioned action is dismissed with prejudice.

DATE: August 31, 2022

                                                /s/ Karen L. Stevenson <br>
                                                KAREN L. STEVENSON <br>
                                    UNITED STATES MAGISTRATE JUDGE